UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

DYLAN M. OWENS,

                Plaintiff,

                                                                                 Civil Action No. 1:20-cv-01128-EAW

       v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant

-----------------------------------------------------------X

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920

**IT IS HEREBY STIPULATED** by and between June Byun, Special Assistant United States Attorney, for James P. Kennedy, Jr., the United States Attorney for the Western District of New York, attorneys for the defendant herein, and Justin Jones, Esq., attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$7,152.77,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. *See* ECF No. 17 (Motion for Attorney Fees Pursuant to the Equal Access to Justice Act). The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated: Buffalo, New York, August 27, 2021

By:  */s/ June Byun*                          By:  */s/ Justin Jones*

Special Assistant United States Attorney     Justin Jones, Esq.
Western District of New York                     Law Offices of Kenneth Hiller
Social Security Administration                 6000 N. Bailey Ave., Suite 1A
Office of General Counsel                         Amherst, New York 14226
26 Federal Plaza, Room 3904                 (716) 564-3288
New York, New York 10278                   Email: jjones@kennethhiller.com

(212) 264-2595
Email: june.byun@ssa.gov

SO ORDERED:

_____
Elizabeth A. Wolford
Chief United States District Judge

_____August  31\_\_\_, \_\_2021